ACCEPTED
04-14-00363-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
8/12/2015 12:22:31 PM
KEITH HOTTLE
CLERK

NO. 04-14-00363-CV

\* \* \* \*

# IN THE COURT OF APPEALS
## FOURTH SUPREME JUDICIAL DISTRICT
## SAN ANTONIO, TEXAS

\* \* \* \*

**AUGUSTINE NWABUISI, ROSE NWABUISI, RESOURCE HEALTH  SERVICES, INC d/b/a RESOURCE HOME HEALTH SERVICES, INC, and RESOURCE CARE CORPORATION,**

**Appellants,**

**VS.**

**DANA D. MOHAMMADI,**

**Appellee**

\*\*\*\*

## APPELLANT'S' MOTION FOR EXTENSION OF
## TIME FOR FILING APPELLANTS MOTION FOR REHEARING AND MOTION
## FOR REHEARING EN BANC

\* \* \* \*

TO THE HONORABLE COURT OF APPEALS:

1.      Appellants are **AUGUSTINE NWABUISI, ROSE NWABUISI, RESOURCE HEALTH SERVICES, INC d/b/a RESOURCE HOME HEALTH SERVICES, INC, and RESOURCE CARE CORPORATION** Defendants/Respondents below

2.      Appellee is Dana D. Mohammadi, Plaintiff/Movant below.

3.      This is an appeal appealing the Order Appointing a Receiver and Compelling Discovery, signed by the Honorable Solomon Casseb on or about the 5th day of May,  2014.  This Honorable

Court issued its opinion/order on or about July 29, 2015, dismissing the appeal for want of jurisdiction, holding that the appeal was moot. Therefore, pursuant to Texas Rules of Appellate Procedure 49.1 and 49.7, any Motion for Rehearing or Motion for Rehearing En Banc would be due on or about August 13, 2015.

4. This motion is filed pursuant to the Texas Rules of Appellate Procedure 10.5 requesting an extension for filing Appellants' Motion for Rehearing and Motion for Rehearing En Banc to August 24, 2015, an extension of only eleven days. This is the first extension request. The undersigned has sent two separate emails to Appellee's counsel on August 11, 2015 and again on August 12, 2015, but has received no response. Therefore, this motion is filed with the Court.

5. Appellants' counsel was out of town on vacation from July 30, 2015 until August 10, 2015. He did not review the Court's opinion until his return. Moreover, he is presently working on a Petition for the United States Supreme Court in a federal matter that is also due on August 14, 2015. He is also moving his daughter to St. Louis for her first year of college and is expected to be out from August 17 to the 20th. In addition, he is presently working on two other summary judgment responses.

6. For these reasons, Appellants ask the Court to grant an extension of time for filing the Motion for Rehearing and Motion for Rehearing En Banc to August 24, 2015.

7. Counsel has contacted opposing counsel in this matter and but has not received a response.

8. This request is not made for delay, but only that justice may be done.

## CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Appellants respectfully pray that this motion be granted and that the date for filing Appellants' Motion for Rehearing and Motion for Rehearing En Banc be extended to August 24, 2015, or a date acceptable to the court. This motion is timely filed. Appellants further pray for such other and further relief to which Appellants may be entitled.

**Respectfully submitted,**

**PONCIO LAW OFFICES**
**A Professional Corporation**
**5410 Fredericksburg Road, Suite 109**
**San Antonio, Texas 78229-3550**
**(210) 212-7979 Telephone**
**(210) 212-5880 Facsimile**

By: _____
        **ADAM PONCIO**
        **State Bar No. 16109800**

**ATTORNEYS FOR APPELLANTS**

**STATE OF TEXAS** §
§
**COUNTY OF BEXAR** §

Before me, the undersigned authority, on this day personally appeared Adam Poncio, counsel for Appellants, who, upon his oath, stated that the facts contained in Appellant's motion are true and correct to the best of his personal knowledge and belief.

_____
ADAM PONCIO

SWORN AND SUBSCRIBED TO on this the _12_ day of August, 2015, to certify which witness my hand and seal of office.

VERONICA L. STURGIS
Notary Public, State of Texas
My Commission Expires
August 02, 2017

_____
Notary Public, State of Texas

## CERTIFICATE OF SERVICE AND CONFERENCE

I hereby certify that a copy of the foregoing document was served on the counsel of record for Appellee and the Court of Appeals on this the 12th day of August, 2015, and I contacted opposing counsel who has not responded regarding my request:

_____
ADAM PONCIO